

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: '22 MJ01564 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. §§ 952 and 960 |
| Pedro Tomas GARCIA, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about May 5, 2022, within the Southern District of California, Pedro Tomas GARCIA, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Joseph S. Cuttitta Jr.
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 6th of May 2022.

HON WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On May 5, 2022, at approximately 10:33 PM, Pedro Tomas GARCIA, ("GARCIA"), a United States Citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #24. GARCIA was the driver, sole occupant, and registered owner of a 2006 BMW 330i ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer received two negative Customs declarations from GARCIA. GARCIA stated he was crossing the border to go to Escondido, California. The officer referred GARCIA and the vehicle to secondary because the back seats felt abnormally bumpy and solid.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear seats of the vehicle.

Further inspection of the vehicle resulted in the discovery of 93 packages concealed in the rear seats of the vehicle, with a total approximate weight of 48.08 kgs (105.99 lbs.). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

GARCIA was placed under arrest at approximately 1:15 AM on May 6, 2022.

1

During a post-Miranda interview, GARCIA admitted that he was going to be paid $5,000 USD to smuggle the narcotics into the United States. GARCIA claimed to be driving the narcotics to San Diego, California.

GARCIA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

2